3·27·15

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol STATION
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

Subject: Violation respecting HCSO Law Library employees
deliberately STALLing to BAr Access to court via
time BAr STAtus.


Dear officers of the Court: Abel AcosTA clerK
    I write to report malicious intent Respecting the
HCSO Law Library employees. The issue Stems from
Defendants request of pertient CASE law to un-
derstand the STATE'S reply. The CASE law IS NEED to
make Legal reply to refute the STATES Aspect. Re-
sarding pertient law findings. IN brief, we (the
Harris County Jail inmate population) have NO Direct
Access to the physical Law Library. We musT
Request CASE law from a Detention officer who then
takes in to the paralegal, who then prints out
the inmate's request. However, what happens is an
iNmates makes A request For CASE law VIA A
Law Library Request Form. The request is tAkeN
And No Reply happens for at least 14 DAys Some-
time longer. This is deliberatly done to make
DefendANt time BArred to NoT be able to meet
pertinent deadlines.
    Also too, is the matter of the iNFomation Post-

CRD IN COA CASE NO. 01-13 - 00994CR / Tr. Ct
NO. 1373686 being up to (7) seven day late in
its Arrival. Please use this time to correct
time Bar Concerns Regarding the Aforemention
Citing. The contact INFo is As Follows:

HCSO Law Library Divison
ATTN: Ms. Carter Supervisor
1200 Baker St
Houston TX 77002

In closing, I'm a layman at best w/ MNtMRA
issues being diagnoised w/ Schizo-effective
disorder Coupled w/ an 9th grade education
I'm trying my Best to prove my innocents
please help in the Aforementioned regard

Respectfully
Mr. Anthony S. Haywood.
Harris County Jail
# 01867799
1200 Baker St
Houston TX 77002